| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>Boulder Justice Center, 1777 6th Street<br>Boulder, CO 80302 | **EFILED Document**<br>**CO Boulder County District Court 20th JD**<br>**Filing Date: Apr 20 2011 9:54AM MDT**<br>**Filing ID: 37141393**<br>**Review Clerk: N/A** |
| **Plaintiff:**<br><br>LAURA L. SCHATKE<br><br>v.<br><br>**Defendant:**<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY | ▲ COURT USE ONLY ▲ |
| | Case Number: **2011CV328**<br><br>Div. 2 |
| **[PROPOSED] ORDER RE: DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND** | |

THIS COURT, having reviewed Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond, and being fully advised in the matter,

HEREBY GRANTS Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond. Defendant's deadline to answer or otherwise respond shall be extended up to and including May 3, 2011.

SO ORDERED, this 19th day of April, 2011.

_____
District Court Judge/Magistrate Judge